SMITH v. PRENTISS, appellant.

*Usury — subsequent gift by borrower.*

Where a loan was made at seven per cent, *held,* that a subsequent gift of a certain sum per year by the borrower to the children of the lender did not affect the legality of the transaction.

APPEAL from a judgment in favor of plaintiff in an action tried by the court without a jury. The action was brought in Kings county to foreclose a mortgage by Increase C. Smith against Samuel J. Smith, Jr., and others, among whom were Guy R. Prentiss and wife, who alone defended and appealed.

*C. C. & S. F. Prentiss,* for appellants.

*Merritt E. Sawyer,* for respondent.

BARNARD, P. J.

The opinion contains nothing of general interest. The head-note states the only point of any importance passed upon.

*Judgment affirmed.*